UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER, Individually,

    Plaintiff,

vs.

Case No. 1:16-cv-02483-NLH-AMD

APPLE FARM, LLC, a Delaware Limited
Liability Company, and LEJO CORP., a
Maryland Corporation.

    Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/Keith Harris
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mount Pleasant Avenue, #200
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

Date: **April 11, 2017**

/s/Maggie Gousman
Maggie Gousman, Esq.
maggie.gousman@jacksonlewis.com
Eugene Ubawike, Esq.
eugene.ubawike@jacksonlewis.com
Jackson Lewis, P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960
Telephone: (973) 538-6890
Facsimile: (973) 540-9015
*Attorneys for Defendants*

Date: **April 11, 2017**