UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

DENNIS MAURER, Individually,

      Plaintiff,

vs.

APPLE FARM, LLC, a Delaware Limited Liability Company, and LEJO CORP., a Maryland Corporation.

      Defendants.

Case No. 1:16-cv-02483-NLH-AMD

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendants, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement until March 1, 2019; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at Camden, New Jersey, this 23rd day of June, 2017.

UNITED STATES DISTRICT JUDGE
NOEL L. HILLMAN

Copies furnished to:
Attorneys of record